UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FRANK L. LEYVA, JR. and MOLISSA A. LEYVA,

              Plaintiffs,

v.

ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,

              Defendant.

No. 2:21-CV-987-RSM-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiffs' Motion to Remand (Dkt. 11) is denied.

(3) The parties are directed to file the joint status report within fourteen days of the date of this Order.

(3) The Clerk is directed to send copies of this Order to counsel for the parties and to the Hon. David W. Christel.

**DATED** this 18th day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1