UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **FRANK L. LEYVA, JR.** and **MOLISSA A. LEYVA**, husband and wife, and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>**ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,**<br><br>Defendant. | NO.  2:21-cv-00987-RSM-DWC<br><br>STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND EXTEND DEADLINES |

## I.  Relief Requested

Pursuant to LCR 16(b)(6) and 7(j) the parties by and through their attorneys of record, stipulate to and request the Court enter an order continuing the trial date and all pre-trial deadlines from March 1, 2022 forward approximately 60 days.

## II.  Grounds for Motion

Defendant's Motion to Compel Appraisal and Stay Litigation is fully briefed and was noted for consideration on February 11, 2022.  While waiting on the Court's ruling, the parties propose and stipulate to continue the current trial date of October 17, 2022 and all pre-trial

STIPULATED MOTION & ORDER
TO CONTINUE TRIAL DATE AND
EXTEND DEADLINES -1-

Law Offices of
**LESTER & ASSOCIATES, P.S., INC.**
119 N. Commercial, Suite 150
Bellingham, Washington 98225
(360) 733-5774
FAX (360) 733-5785

deadlines from March 1, 2022 forward approximately 60 days.  Good cause exists to continue the trial date and pre-trial deadlines because the outcome of the pending Motion to Compel Appraisal and Stay Litigation will affect the scope of issues remaining in this case for discovery and trial and the timing for their completion.

Based on the foregoing Stipulation, and for good cause shown, it is ordered that the trial date and all pre-trial deadlines from March 1, 2022 forward are continued approximately 60 days and re-set accordingly.  The Court will issue Amended Order Setting Trial Date and Related Deadlines accordingly.

**DATED** this 18th day of March, 2022.

David W. Christel
United States Magistrate Judge

Presented by:

**LESTER & ASSOCIATES, P.S., INC.**

/s/ Tom Lester
**Tom Lester, WSBA #15814**
*Attorney for Plaintiffs*

**FOX ROTHSCHILD, LLP**

/s/ Bryan J. Case
**Bryan J. Case, WSBA #41781**
**Gavin W. Skok, WSBA #29766**
*Attorneys for Defendant*

STIPULATED MOTION & ORDER
TO CONTINUE TRIAL DATE AND
EXTEND DEADLINES -2-

Law Offices of
LESTER & ASSOCIATES, P.S., INC.
119 N. Commercial, Suite 150
Bellingham, Washington 98225
(360) 733-5774
FAX (360) 733-5785