1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANK L. LEYVA, JR. and MOLISSA A. LEYVA,<br><br>         Plaintiffs,<br><br>   v.<br><br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>         Defendant. | CASE NO. 2:21-CV-987-RSM-DWC<br><br>AMENDED ORDER SETTING TRIAL DATE AND RELATED DATES |

The Court has granted the parties' Stipulated Motion and Order to Continue Trial Date and Extend Deadlines. The Court amends the Order Setting Trial Date and Related Dates as follows:

The Court schedules this case for a three to four day bench trial on **February 6, 2023 at 9:00 a.m. before the Honorable Ricardo S. Martinez, Courtroom 13206** with the following pretrial schedule:

| Event | Date |
|---|---|
| Expert disclosures under Fed. R. Civ. P. 26(a)(2) | **June 24, 2022** |
| Rebuttal expert disclosures | **July 25, 2022** |

| Last date to file motions related to discovery | **August 17, 2022** |
|---|---|
| Discovery completed by | **September 7, 2022** |
| All dispositive motions and *Daubert* motions must be filed by (*see* LCR 7(d)) | **October 6, 2022** |
| Mediation per LCR 39.1(c), if requested by the parties, held no later than | **December 6, 2022** |
| All motions in limine must be filed by this date and noted on the motion calendar no later than the THIRD Friday after filing.<br><br>Motions in limine raised in trial briefs will not be considered. | **January 9, 2023** |
| Agreed LCR 16.1 Pretrial Order due | **January 25, 2023** |
| Trial briefs and exhibits by | **February 1, 2023** |
| Pretrial conference | **To be set by the Court** |

All other portions of the Order Setting Trial Date and Related Dates (Dkt. 19) remain in full force and effect.

Dated this 18th day of March, 2022.

*/s/ David W. Christel*
David W. Christel
United States Magistrate Judge