UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANK L. LEYVA, JR. and MOLISSA A. LEYVA,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. 2:21-CV-987-RSM-DWC<br><br>ORDER LIFTING STAY |

On March 21, 2022, the Court stayed this matter until an appraisal was completed on Plaintiffs Frank L. Leyva, Jr. and Molissa A. Leyva's 2016 Nissan Maxima. Dkt. 36. The Court directed the parties to file a joint status report advising the Court of the outcome of the appraisal and the status of the case within fourteen days of completing the appraisal. *Id*. The appraisal was completed April 18, 2022, and Plaintiffs and Defendant Allstate Fire & Casualty Insurance Company have filed separate status reports. Dkt. 37, 38.

As the appraisal is complete, the stay is lifted and the dates in the Amended Order Setting Trial Date and Related Dates remains in full force and effect. *See* Dkt. 35.[1]

Dated this 4th day of May, 2022.

*/s/ David W. Christel*
David W. Christel
United States Magistrate Judge

---

[1] The parties reference disputes over discovery and extensions of time in the status reports. *See* Dkt. 37, 38. There are currently no motions pending before the Court and the Court declines to consider any issues raised in the status reports as a motion. However, before filing any discovery motions with the Court, the parties are reminded they must meet and confer to attempt resolve any discovery disputes without Court intervention. Additionally, the Court notes that, on March 18, 2022, the Court extended the trial date and pretrial deadlines sixteen weeks. *See* Dkt. 35.

ORDER LIFTING STAY - 2