UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **FRANK L. LEYVA, JR.** and **MOLISSA A. LEYVA**, husband and wife, and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>**ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,**<br><br>Defendant. | NO. 2:21-cv-00987-RSM-DWC<br><br>STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR EXPERT DISCLOSURES |

## I.  Relief Requested

Pursuant to LCR 16(b)(6) and 7(j) the parties by and through their attorneys of record, stipulate to and request the Court enter an order extending the deadline for expert disclosures under Fed. R. Civ. P. 26(a)(2) from June 24, 2022 to August 15, 2022 and disclosure of rebuttal experts from July 25, 2022 to August 29, 2022.

## II.  Grounds for Motion

Given the amount of remaining discovery, the discovery deadline of September 7, 2022 and the current status of this case, the parties propose and stipulate to extend the deadline for

STIPULATED MOTION & ORDER
TO EXTEND DEADLINE FOR EXPERT
DISCLOSURES -1-

**Law Offices of**
**LESTER & ASSOCIATES, P.S., INC.**
119 N. Commercial, Suite 150
Bellingham, Washington 98225
(360) 733-5774
FAX (360) 733-5785

expert disclosures under Fed. R. Civ. P. 26(a)(2) from June 24, 2022 to August 15, 2022 and disclosure of rebuttal experts to August 29, 2022. Good cause exists to extend the deadline because the need for continuance of trial is less likely if the discovery is more complete before experts are disclosed.

Based on the foregoing Stipulation, and for good cause shown, it is ordered that deadline for expert disclosures under Fed. R. Civ. P. 26(a)(2) is extended from June 24, 2022 to August 15, 2022. The deadline for rebuttal experts is extended to August 29, 2022. The trial date and the remaining pre-trial deadlines shall remain the same.

**DATED** this 28th day of June, 2022.

_____
David W. Christel
United States Magistrate Judge

Presented by:

**LESTER & ASSOCIATES, P.S., INC.**

/s/ Tom Lester
**Tom Lester, WSBA #15814**
*Attorney for Plaintiffs*

**FOX ROTHSCHILD, LLP**

/s/ Bryan J. Case
**Bryan J. Case, WSBA #41781**
**Gavin W. Skok, WSBA #29766**
*Attorneys for Defendant*

**STIPULATED MOTION & ORDER TO EXTEND DEADLINE FOR EXPERT DISCLOSURES -2-**

Law Offices of
**LESTER & ASSOCIATES, P.S., INC.**
119 N. Commercial, Suite 150
Bellingham, Washington 98225
(360) 733-5774
FAX (360) 733-5785