UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANK L. LEYVA, JR. and MOLISSA A. LEYVA,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, et al.,<br><br>Defendants. | CASE NO. 2:21-CV-987-RSM-DWC<br><br>ORDER TO MEET AND CONFER |

On November 1, 2021, Plaintiffs Frank L. Leyva, Jr. and Molissa A. Leyva and Defendant Allstate Fire & Casualty Insurance Company filed a Joint Status Report and Discovery Plain ("JSR") indicating this case should be set for a three to four day *non-jury* trial. Dkt. 18. Based on the JSR, the Court set this case for a bench trial. *See* Dkt. 19. The bench trial is currently set to begin June 5, 2023. Dkt. 53.

On October 13, 2022, after being granted leave to amend, Plaintiffs filed the Second Amended Complaint, which named 1st Class Collision Center, LLC as a defendant. Dkt. 77. On November 7, 2022, 1st Class Collision filed an Answer to the Second Amended Complaint with a

ORDER TO MEET AND CONFER - 1

jury demand. Dkt. 83. As one party now requests a jury trial, the parties are directed to meet and confer and provide the Court with a joint status report regarding whether this case should be reset as a jury trial. The parties shall also confer regarding whether the dates in the Amended Order Setting Trial Date and Related Dates (Dkt. 53) should be amended. The joint status report and any request for a continuance of the trial date and related dates shall be filed on or before December 2, 2022.

Dated this 21st day of November, 2022.

David W. Christel
United States Magistrate Judge