1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANK L. LEYVA, JR. and MOLISSA A. LEYVA,<br><br>               Plaintiffs,<br><br>   v.<br><br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, et al.,<br><br>             Defendants. | CASE NO. 2:21-CV-987-RSM-DWC<br><br>AMENDED ORDER SETTING TRIAL DATE AND RELATED DATES |

Before the Court is the parties' Stipulated Motion to Continue Trial Date and Extend Deadlines. Dkt. 92. The Stipulated Motion (Dkt. 92) is granted and the Court amends the Amended Order Setting Trial Date and Related Dates as follows:

The Court schedules this case for a three to four day jury trial on **October 10, 2023 at 9:00 a.m. before the Honorable Ricardo S. Martinez, Courtroom 13206** with the following pretrial schedule:

| Event | Date |
|---|---|
| Expert disclosures under Fed. R. Civ. P. 26(a)(2) | **February 28, 2023** |

| | |
|---|---|
| Rebuttal expert disclosures | **March 12, 2023** |
| Last date to file motions related to discovery | **March 17, 2023** |
| Discovery completed by | **April 7, 2023** |
| All dispositive motions and *Daubert* motions must be filed by (*see* LCR 7(d)) | **May 5, 2023** |
| Mediation per LCR 39.1(c), if requested by the parties, held no later than | **July 6, 2023** |
| All motions in limine must be filed by this date and noted on the motion calendar no later than the THIRD Friday after filing.  Motions in limine raised in trial briefs will not be considered. | **September 7, 2023** |
| Agreed LCR 16.1 Pretrial Order due | **September 27, 2023** |
| Trial briefs, proposed voir dire, jury instructions and exhibits by | **October 4, 2023** |
| Pretrial conference | **To be set by the Court** |

All other portions of the Order Setting Trial Date and Related Dates (Dkt. 19) remain in full force and effect.

Dated this 29th day of November, 2022.

David W. Christel
United States Magistrate Judge